# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EARL JONES, | 1:09-cv-00563-DLB (HC) |
| Petitioner, | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| v. | |
| MATTHEW CATE, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed the instant petition for writ of habeas corpus on February 9, 2009. Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **April 22, 2009**  /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1